# UNITED STATES DISTRICT COURT

_____ EASTERN _____ **District of** _____ CALIFORNIA _____

| | |
|---|---|
| JOSE A. JIMENEZ, II<br>        Plaintiff<br><br>V.<br><br>COMMISSIONER of SOCIAL SECURITY,<br>        Defendant | **ORDER ON APPLICATION**<br>**TO PROCEED WITHOUT**<br>**PREPAYMENT OF FEES**<br><br><br>CASE NUMBER: 1:09-AT-00611 |

Having considered the application to proceed without prepayment of fees under 28 USC §1915;

IT IS ORDERED that the application is:

X   GRANTED.

    X   The clerk is directed to file the complaint.

    X   IT IS FURTHER ORDERED that the clerk issue summons and the United States marshal serve a copy of the complaint, summons and this order upon the defendant(s) as directed by the plaintiff. All costs of service shall be advanced by the United States.

☐   DENIED, for the following reasons:

_____

_____


ENTER this ____4th____ day of _____August_____, __2009__ .


                                                /s/ Sandra M. Snyder
                                                Signature of Judicial Officer

                                                SANDRA M. SNYDER, U.S. MAGISTRATE JUDGE
                                                Name and Title of Judicial Officer