# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE A. JIMENEZ, II,<br><br>           Plaintiff,<br><br>    v.<br><br>MICHAEL J. ASTRUE, Commissioner of Social Security,<br><br>           Defendant. | 1:09-cv-01371 GSA<br><br>**ORDER DISCHARGING ORDER TO SHOW CAUSE** |

On May 17, 2010, this Court issued an Order to Show Cause why sanctions should not be imposed for Plaintiff's counsel's failure to follow a court order. (Doc. 16.) On May 21, 2010, counsel for Plaintiff timely filed a response to the Order to Show Cause. (Doc. 17.)

Specifically, counsel for Plaintiff indicates a calendaring error caused her to fail to respond as ordered on April 28, 2010. (Krank Decl., ¶ 5.) Nevertheless, counsel indicates she has now complied with this Court's earlier order by performing additional efforts to locate Plaintiff Jose Jimenez. (Krank Decl., ¶¶ 3-4, 6.) Counsel declares that she eventually contacted her client via telephone on May 20, 2010, and received his permission to dismiss this matter. (Krank Decl, ¶ 7.) Lastly, counsel indicates that she "plans on filing a Stipulation to Dismiss Case on or about May 24, 2010 . . .." (Doc. 17 at 1-2.)

//

1

1   This Court accepts Attorney Krank's explanation and DISCHARGES the Order to Show
2   Cause.
3   Additionally, while it appears a hearing on counsel's motion to withdraw as attorney (*see*
4   Doc. 13) is unnecessary in light of the foregoing, the matter will remain on this Court's calendar as
5   a status conference, at which all counsel may appear telephonically.  In the event a stipulation to
6   dismiss this action and/or a notice of withdrawal of the motion is filed prior to May 28, 2010, the
7   status conference will be taken off this Court's calendar.

9   IT IS SO ORDERED.
10  Dated:   **May 24, 2010**                           /s/ **Gary S. Austin**
                                                 UNITED STATES MAGISTRATE JUDGE