Laura E. Krank
Attorney at Law: 220208
Law Offices of Rohlfing & Kalagian, LLP
211 East Ocean Boulevard, Suite 420
Long Beach, CA 90802
Tel.: (562)437-7006
Fax: (562)432-2935
E-mail: Laura_rk.office@speakeasy.net

Attorneys for Plaintiff
Jose A. Jimenez

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

### FRESNO DIVISION

| | |
|---|---|
| JOSE A. JIMENEZ, | ) Case No.: 1:09-CV-1371 GSA |
| | ) |
| Plaintiff, | ) ORDER OF DISMISSAL |
| | ) |
| vs. | ) |
| MICHAEL J. ASTRUE, | ) |
| Commissioner of Social Security, | ) |
| | ) |
| Defendant. | ) |
| | ) |

Pursuant to the parties' stipulation filed May 25, 2010, the above captioned matter is dismissed with prejudice, each party to bear its own fees, costs, and expenses.

IT IS SO ORDERED.

DATE: May 25, 2010

　　　　　　　　　　　　　　　/s/ Gary S. Austin
THE HONORABLE GARY S. AUSTIN,
UNITED STATES MAGISTRATE JUDGE

-1-